1  PATRICK D. ROBBINS (CABN 152288)
   Acting United States Attorney
2  PAMELA T. JOHANN (CABN 145558)
   Chief, Civil Division
3  ELIZABETH D. KURLAN (CABN 255869)
   Assistant United States Attorney
4
        450 Golden Gate Avenue, Box 36055
5       San Francisco, California 94102-3495
        Telephone: (415) 436-7298
6       Facsimile: (415) 436-6748
        elizabeth.kurlan@usdoj.gov
7
   Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                 NORTHERN DISTRICT OF CALIFORNIA
10
                      SAN FRANCISCO DIVISION
11

12  JOHN DOE,                              )  Case No. 25-03140 JSW
                                           )   ORDER GRANTING AS MODIFIED
13          Plaintiff,                     )  **STIPULATION TO EXTEND TIME TO ALLOW**
                                           )  **THE PARTIES TO ENGAGE IN**
14      v.                                 )  **NEGOTIATIONS FOR A POTENTIAL**
                                           )  **RESOLUTION;** [PROPOSED] ORDER
15  DONALD J. TRUMP, in his official capacity as )
    President of the United States of America, *et al.,* )
16                                         )
            Defendants                     )
17  _____    )
                                           )
18  S.Y., *et al.,*                        )  Case No. 4:25-cv-3244-JSW
                                           )
19          Plaintiff,                     )
                                           )
20      v.                                 )
                                           )
21  KRISTI NOEM, in her official capacity as )
    Secretary of the United States Department of )
22  Homeland Security, *et al.,*           )
                                           )
23          Defendants                     )
    _____    )
24                                         )
                                           )  Case No. 4: 25-cv-3292-JSW
25  ZHOUER CHEN, *et al.*                  )
                                           )
26          Plaintiff,                     )
                                           )
27      v.                                 )
                                           )
28                                         )
                                           )

STIPULATION
4:25-CV-03140 JSW and related cases

| | | |
|---|---|---|
| 1 | KRISTI NOEM, *et al.,* | ) |
| 2 | Defendants | ) |
| 3 | | ) |
| 4 | | ) |
| 5 | SHANGSHANG WANG, | ) Case No. 4:25-cv-3323-JSW |
| 6 | Plaintiff, | ) |
| 7 | v. | ) |
| 8 | KRISTI NOEM, *et al.,* | ) |
| 9 | Defendants | ) |
| 10 | | ) |
| 11 | JUNGWON KIM, *et al.,* | ) Case No. 4:25-cv-3383-JSW |
| 12 | Plaintiff, | ) |
| 13 | v. | ) |
| 14 | KRISTI NOEM, *et al.,* | ) |
| 15 | Defendants | ) |
| 16 | W.B. | ) |
| 17 | Plaintiff, | ) Case No. 4:25-cv-3407-JSW |
| 18 | v. | ) |
| 19 | KRISTI NOEM, *et al.,* | ) |
| 20 | Defendants | ) |
| 21 | | ) |
| 22 | | ) Case No. 4:25-cv-3475-JSW |
| 23 | SKY QUI, | ) |
| 24 | Plaintiff, | ) |
| 25 | v. | ) |
| 26 | TODD M. LYONS, in his official capacity as | ) |
| 27 | Acting Director of United States Immigration and Customs Enforcement, | ) |
| 28 | Defendant. | ) |

STIPULATION
4:25-CV-03140 JSW and related cases

| | | |
|---|---|---|
| 1 | | ) |
| 2 | EMMA BAI, | ) Case No. 4:25-cv-3481-JSW |
| 3 | | ) |
| | Plaintiff, | ) |
| 4 | | ) |
| | v. | ) |
| 5 | | ) |
| | KRISTI NOEM, *et al.,* | ) |
| 6 | | ) |
| | Defendants | ) |
| 7 | | ) |
| 8 | J.C. *et al.,* | ) Case No. 4:25-cv-3502-JSW |
| 9 | Plaintiff, | ) |
| 10 | v. | ) |
| 11 | KRISTI NOEM, *et al.,* | ) |
| 12 | Defendants. | ) |
| 13 | ARYAN SHAH, *et al.,* | ) Case No. 4:25-cv-3549-JSW |
| 14 | | ) |
| 15 | Plaintiff, | ) |
| 16 | v. | ) |
| 17 | TODD M. LYONS*,* | ) |
| 18 | Defendant. | ) |
| 19 | | ) |
| 20 | YIWEI HE, | ) Case No. 4:25-cv-3480 JSC |
| 21 | Plaintiff, | ) |
| 22 | v. | ) |
| 23 | KRISTI NOEM, *et al.,* | ) |
| 24 | Defendants. | ) |
| 25 | | ) |
| 26 | | |
| 27 | | |
| 28 | | |

1    On May 6, 2025, the Court granted the parties stipulation to an extension of time for Defendants'

2  supplemental opposition to Plaintiffs' motion for preliminary injunction, setting the deadline for

3  Defendants' opposition on May 7, 2025, at 5:00 p.m. *See* Dkt. No. 55. The Court noted that "[t]here

4  shall be no further extensions." *Id.*

5    Following the Court's order, Plaintiffs and Defendants have been actively engaged in

6  negotiations for a potential resolution of these cases. The parties are negotiating in good faith but will

7  need a brief period of additional time to determine if they can reach an agreement. Accordingly, the

8  parties respectfully request the Court to grant an extension of time for Defendants' supplemental

9  opposition to Plaintiffs' motions for preliminary injunction, and set the due date for Defendants'

10  opposition to May 8, 2025, at 5:00 p.m. The parties are mindful of the Court's order and make this

11  request because they believe it will benefit the parties and conserve the Court's resources to allow a

12  brief period of additional time for the parties to pursue a potential resolution.

13    For *He v. Noem*, No. 4:25-cv-3480-JSW, the parties request that the Court set the due date for

14  their joint status report to May 8, 2025. The parties respectfully request that the Court grant their

15  stipulation.

16

17  Dated: May 7, 2025                  Respectfully submitted,

18                                      PATRICK D. ROBBINS
                                        Acting United States Attorney
19

20                                       *s/ Elizabeth D Kurlan*
                                        ELIZABETH D. KURLAN
21                                      Assistant United States Attorney

22                                      *Attorneys for Defendants*

23
    Dated: May 7, 2025                   *s/ John Nicholas Sinodis*
24                                      JOHN NICHOLAS SINODIS
                                        Van Der Hout, LLP
25

26                                      *Attorney for Plaintiffs*

27

28

STIPULATION
4:25-CV-03140 JSW AND RELATED CASES              1

1

2      _s/ Andre Y. Bates_____
       ANDRE Y. BATES
3      DeHeng Law Offices PC

4      *Attorney for Plaintiff*

5
       _s/ Jesse M. Bless_____
6      JESSE M. BLESS
       Bless Litigation
7

8      *Attorney for Plaintiffs*

9
       _s/ Brad Banias_____
10     BRAD BANIAS
       Banias Law
11

12     *Attorney for Plaintiffs*

13
       _s/ Ben Loveman_____
14     BEN LOVEMAN
       Reeves Immigration Law Group
15

16     *Attorney for Plaintiff*

17
       _s/ Zachary R. New_____
18     ZACHARY R. NEW
       Joseph and Hall P.C.
19

20     *Attorney for Plaintiff*

21

22                        **[PROPOSED] ORDER**

23         Pursuant to the parties' stipulation, IT IS SO ORDERED. Defendants will file their supplemental

24     opposition to Plaintiffs' motion for preliminary injunction by May 8, 2025, at 5:00 p.m.
       If the parties are not able to resolve these matters, the Court reserves the right to continue the hearing to May 14, 2025 at
25     10:00 a.m. The Court reminds the parties that the cases have not been consolidated. Defendants shall file this stipulation

26     in each case. Finally, if the parties require any further extensions, Defendants shall be prepared to state whether they will
       Date:
       consent to extend the TROs until the motions for the preliminary injunctions are resolved.
27
       May 7, 2025                           _____
28                                           JEFFREY S. WHITE
                                             United States District Judge

STIPULATION
4:25-CV-03140 JSW AND RELATED CASES        2